UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR06-220-JLR |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| EUGENIO RICARDO SORACCO, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:

    Conspiracy to Distribute Methamphetamine, Distribution of Methamphetamine

<u>Date of Detention Hearing</u>:   July 5, 2006

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    The offenses charged carry a maximum penalty in excess of ten years.  There is

DETENTION ORDER      15.13
18 U.S.C. § 3142(i)      Rev. 1/91
PAGE 1

01 therefore a rebuttable presumption against defendant as to both dangerousness and flight risk,

02 under 18 U.S.C. § 3142(e). The AUSA advises that over 21 pounds of methamphetamine have

03 been recovered pursuant to this investigation.

04     (2)    The defendant has dual U.S. and Columbia citizenship, with family in Columbia and

05 Italy.  The defendant resided in Columbia until seven or eight years ago.  The defendant's mother

06 is not willing to have her son reside with her.  His sister is traveling in Italy and it is not known if

07 he could reside with the sister.  His employment has been sporadic.  His past criminal history

08 includes failures to appear for court hearings, and several weapons charges, one of which was

09 dismissed and with an unknown disposition of the other charge.

10     (3)    The record does not effectively rebut the presumption as to dangerousness and

11 flight risk.

12 It is therefore ORDERED:

13     (1)    Defendant shall be detained pending trial and committed to the custody of the

14     Attorney General for confinement in a correction facility separate, to the extent

15     practicable, from persons awaiting or serving sentences or being held in custody

16     pending appeal;

17     (2)    Defendant shall be afforded reasonable opportunity for private consultation with

18     counsel;

19     (3)    On order of a court of the United States or on request of an attorney for the

20     Government, the person in charge of the corrections facility in which defendant is

21     confined shall deliver the defendant to a United States Marshal for the purpose of

22     an appearance in connection with a court proceeding; and

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 5th day of July, 2006.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER 15.13
18 U.S.C. § 3142(i) Rev. 1/91
PAGE 3