MAGISTRATE JUDGE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO. CR06-0220JLR |
| v. | ) | ORDER MODIFYING BOND |
| EUGENIO SORACCO, et al. | ) | |
| Defendants. | ) | . |

This matter comes before the Court on the motion of defendant Eugenio Soracco for an order modifying the appearance bond entered on August 3, 2006. The motion seeks to eliminate the condition of electronic home monitoring. The Court, having considered the motion, now finds that modification of the appearance bond would be appropriate and in the interest of justice. Now, therefore,

IT IS HEREBY ORDERED that defendant Eugenio Soracco's request to modify his conditions of release is granted. The order of August 3, 2006 shall be modified by striking the requirement of electronic home monitoring. All other conditions of release previously set shall remain if effect.

DONE this 2nd day of November, 2006.

Mary Alice Theiler
U.S. Magistrate Judge

ORDER MODIFYING BOND

Walter G. Palmer Inc. P.S.
1111 Third Avenue, #2220
Seattle, WA 98101-3207
(206) 442-9232
Fax: (206) 682-3746

1

2  Presented by:

3  s/Walter G. Palmer

4  WALTER G. PALMER
   Attorney for Defendant Soracco
   Washington State Bar Number 4756
5  1111 3rd Avenue, Suite 2220
   Seattle, WA 98101-3207
6  Telephone: 206/442-9232
   Facsimile: 206/682-3746
7  E-Mail: wgpalmer@mindspring.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  ORDER MODIFYING BOND

Walter G. Palmer Inc. P.S.
1111 Third Avenue, #2220
Seattle, WA 98101-3207
(206) 442-9232
Fax: (206) 682-3746